**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROBERT HOLMES III, | Case No. 2:15-cv-02176-APG-CWH |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, | |
| Respondent. | |

Petitioner Robert Holmes III has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court is Holmes' response to this court's order to show cause that the petition should not be dismissed without prejudice as unexhausted (Dkt. #3).

Since the time of this court's show-cause order, the court has ascertained from the docket that Holmes has previously filed at least one federal habeas petition challenging this same judgment of conviction, C2287852. 28 U.S.C. § 2244(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a disposition on the merits and renders a subsequent petition second or successive for purposes of 28 U.S.C. § 2244. *McNabb v. Yates*, 576 F.3d 1028, 1029-1030 (9th Cir. 2009); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).

On July 5, 2013, the habeas petition in case no. 2:12-cv-00013-JCM-GWF was dismissed with prejudice as untimely, and judgment was entered (2:12-cv-00013-JCM-GWF, Dkt. #s 14, 15). The instant petition is, therefore, a successive petition, which requires petitioner to seek and obtain leave of the Ninth Circuit Court of Appeals to pursue. See 28 U.S.C. § 2244(b)(3) et seq.

1

In the response to the show-cause order, Holmes argued only that he has newly discovered evidence of his actual innocence. Holmes has not presented this court with proof that he has obtained leave to file a successive petition from the Court of Appeals. Moreover, petitioner is well-acquainted with the requirement of obtaining leave with the appeals court to file a successive petition. *See, e.g.*, 2:15-cv-001755-GMN-GWF. Accordingly, Holmes' petition is dismissed with prejudice as successive.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the petition (Dkt. #1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice as successive.

**IT IS FURTHER ORDERED** that the Clerk shall add Adam Paul Laxalt, Nevada Attorney General, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk shall electronically serve the petition, along with a copy of this order, on respondents. No response by respondents is necessary.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 14 April 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE